FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:20-CR-02012-SMJ-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| ORLANDO XAVIER MEDINA, JR., | |
| Defendant. | **ECF Nos. 75, 76** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 75) and Motion to Expedite (ECF No. 76). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition No. 7, which requires Defendant participate in a program of GPS home confinement. Defendant requests that the condition be modified to allow for "stand alone" GPS monitoring. For the reasons set forth in the Motion;

**IT IS ORDERED:**

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 75**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 76**) is **GRANTED.**

3. Special Condition No. 7 (**ECF No. 22**) shall be **MODIFIED.** Defendant shall be placed on stand-alone monitoring. Defendant must participate in the location monitoring program in order to verify compliance with any court-imposed conditions of supervision. Defendant must pay all or part of the costs of the program based on your ability to pay.

4. All other conditions of release shall remain in effect.

DATED April 1, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
