FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ORLANDO XAVIER MEDINA, JR., Defendant. | No. 1:20-CR-2012-SMJ-1 ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE **ECF Nos. 109, 110** |

**BEFORE THE COURT** is Defendant's motion to modify the conditions of his pretrial release, ECF No. 109, and related motion to expedite, ECF No. 110.

Defendant requests he be released from Special Condition No. 7 of the Order Denying the United States' Motion for Detention and Setting Conditions of Release. ECF No. 109. Special Condition No. 7 requires that Defendant participate in a program of GPS monitoring. ECF No. 22, Special Condition No. 7. Neither the United States Attorney nor the U.S. Probation Office object to Defendant's request in this regard. ECF No. 109 at 3.

The Court, finding good cause, **HEREBY ORDERS** Defendant's Motion to Modify Conditions of Release, **ECF No. 109,** and corresponding motion to expedite, **ECF No. 110**, are **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' conditions of release are modified as follows: Special Condition No. 7, ECF No. 22, is **STRICKEN.**

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 24, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2