PROB 12C
(6/16)

Report Date:  June 10, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2026

SEAN F. McAVOY, CLERK

ECF No. 126

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Orlando Xavier Medina Jr.          Case Number: 0980 1:20CR02012-SAB-1

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆ Auburn, Washington 98002

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 26, 2022

Original Offense:          Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance
                           Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1),
                           (b)(1)(B)(viii)

Original Sentence:    Prison - 60 months          Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:    To be assigned          Date Supervision Commenced: January 28, 2026

Defense Attorney:    Richard A. Smith          Date Supervision Expires: January 27, 2030

---

### PETITIONING THE COURT

To issue a summons.

On January 28, 2026, Mr. Medina's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: Mr. Medina is alleged to have violated standard condition number 3 by traveling outside of the federal judicial district where he is authorized to reside, the Western District of Washington, without obtaining permission from his probation officer on or about June 5, 2026.

On June 8, 2026, Mr. Medina's brother contacted the supervising probation officer to report that Mr. Medina assaulted him during their younger sister's high school graduation on or about June 5, 2026, in Sunnyside, Washington, in the Eastern District of Washington.

Prob12C

**Re: Medina Jr., Orlando Xavier**
**June 10, 2026**
**Page 2**

2      **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Medina is alleged to have violated special condition number 4 by consuming alcohol on or about May 25, 2026.

On May 28, 2026, Mr. Medina reported to his probation officer in the Western District of Washington and submitted to urinalysis (UA) testing. The presumptive test results were positive for alcohol. Mr. Medina admitted to have consumed alcohol over the Memorial Day weekend on or about May 25, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 10, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

6/11/2026

Date